## No. 14,695.

SNYDER *v.* BOARD FOR THE APPOINTMENT OF CIVIL SERVICE
COMMISSIONERS FOR DENVER ET AL.

(101 P. [2d] 436)

Decided April 1, 1940.   Rehearing denied April 22, 1940.

Mr. JAMES T. BURKE, for plaintiff in error.

Mr. JOHN A. CARROLL, Mr. FRED S. CALDWELL, for defendants in error.

*En Banc.*

PER CURIAM.

Mr. Justice Otto Bock not participating. Mr. Chief Justice Hilliard, Mr. Justice Knous, and Mr. Justice Burke are in favor of affirmance; whereas Mr. Justice Francis E. Bouck, Mr. Justice Young, and Mr. Justice Bakke are in favor of reversal. The court being equally divided in

opinion, the judgment stands affirmed by operation of law as provided by section 439 of the Code of Civil Procedure.